NOLAN & HELLER, LLP

ATTORNEYS AT LAW

JUSTIN A. HELLER, ESQ.
Direct Dial: (518) 432-3186
*jheller@nolanandheller.com*

39 NORTH PEARL STREET
ALBANY, NEW YORK 12207

TELEPHONE (518) 449-3300
FACSIMILE (518) 432-3123

*www.nolanandheller.com*

March 2, 2016

**ECF**
Hon. Robert E. Littlefield, Jr.
U.S. Bankruptcy Court, N.D.N.Y.
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, New York 12207

**Re: John J. Arehart**
**Chapter 11; Case No. 15-11894**

**Sit'n Bull Ranch and Country Club, Inc.**
**Chapter 7; Case No. 15-10080**

Dear Judge Littlefield:

I am writing to confirm that, on the consent of all parties who have appeared, the telephonic status conference scheduled for today has been adjourned to March 30, 2016 at 11:00 a.m.

I am also writing to provide the Court with a status update. The Warren County Board of Supervisors convened a special meeting on the afternoon of February 29, 2016 to consider a resolution to address the access issues that have prevented the closing from being scheduled. I have received informal notification that the resolution was passed. I believe this will clear the way for a closing within the next few weeks. Once the closing has been completed, we will provide the Court with a further update with a request that the scheduled status conference be removed from the calendar.

Thank you for your consideration.

Very truly yours,

**NOLAN & HELLER, LLP**

Justin A. Heller

JAH/lcd

Cc: All ECF Parties (via ECF)